IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE, TENNESSEE

| | |
|---|---|
| JENNIFER C. STEWART-WRIGHT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 3:12-CV-176 |
| FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER OF WASHINGTON MUTUAL BANK; JPMORGAN CHASE BANK, N.A.; AND ROBERT M. WILSON, JR., | ) (Removed from the Chancery Court for ) Williamson County, TN; Case No.: 28147) ) ) ) ) |
| Defendants. | ) |

**DEFENDANT JPMORGAN CHASE BANK, N.A.'S MOTION FOR
RELIEF TO FILE REPLY**

Comes now Defendant JPMorgan Chase Bank, N.A. ("Chase"), by and through counsel, and pursuant to Local Rule 7.01(b) of the Local Rules of Practice, and respectively moves this Court for relief to file a reply to Plaintiff's Memorandum In Opposition to Chase's Motion to Set Aside Agreed Order Staying Foreclosure (D.E. #22). Chase's proposed reply, attached hereto as **Exhibit 1,** is not for an improper purpose and will not cause any delay in the adjudication of this matter. Accordingly, for good cause shown, Chase respectfully requests permission to file the attached reply.

Respectfully submitted,

/s/ D. Andrew Amonette
James C. Bradshaw III, BPR 13170
D. Andrew Amonette, BPR 23474
**WYATT, TARRANT & COMBS, LLP**
2525 West End Avenue, Suite 1500
Nashville, Tennessee 37203
Telephone: (615) 244-0020
Facsimile: (615) 256-1726
(*jbradshaw@wyattfirm.com*)
(*aamonette@wyattfirm.com*)
***Counsel for JPMorgan Chase Bank, N.A.***