UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JENNIFER C. STEWART-WRIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:12-00176 |
| | ) | |
| FEDERAL DEPOSIT INSURANCE | ) | |
| CORPORATION, AS RECEIVER OF | ) | |
| WASHINGTON MUTUAL BANK; | ) | |
| JPMORGAN CHASE BANK, N.A.; | ) | |
| and ROBERT M. WILSON, JR., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

For the reasons set forth in the accompanying Memorandum, the Court rules as follows:

(1) Defendant JPMorgan Chase Bank, N.A.'s Motion to Set Aside Agreed Order Staying Foreclosure (Docket No. 21) is hereby GRANTED;

(2) Defendant JPMorgan Chase Bank, N.A.'s Motion for Summary Judgment (Docket No. 28) is hereby GRANTED;

(3) The Agreed Order dated October 20, 2001, is hereby VACATED; and

(4) Plaintiff Jennifer C. Stewart-Wright's Complaint is hereby DISMISSED.

The Clerk of the Court shall enter judgment on a separate document in accordance with Rule 58 of the Federal Rules of Civil Procedure.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE